UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GAIL MAINOR | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | CASE NO.: 12-1051-GMS |
| | : | |
| v. | : | |
| | : | |
| CHRISTIANA CARE HEALTH, | : | |
| SYSTEM, INC. | : | |
| and | : | |
| MARY THERESA LEDNUM | : | |
| | : | |
| Defendants. | : | |

### STIPULATION PURSUANT TO FED.R.CIV.P. 41(a)(1)(A)(ii)

WHEREAS, Plaintiff has filed a Complaint alleging violations by Defendants of 42 U.S.C. § 1981;

WHEREAS, Plaintiff now wishes to withdraw her claims against Defendants *with prejudice*;

WHEREAS, neither party shall be deemed to be a prevailing party in this action;

WHEREAS, each party shall be solely responsible and bear their own fees and costs;

Subject to the Court's approval, it is hereby ORDERED that Plaintiff's claims against Defendants are hereby DISMISSED with prejudice.

_____
The Hon. Gregory M. Sleet, U.S.D.J.

Dated: May 23, 2013